**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

|  |  |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| UNITED AIR LINES, INCORPORATED, ) ) | Civil Action No. 05-0269 |
| Defendant, ) ) | |
| AIRCRAFT MECHANICS FRATERNAL ASSOCIATION, ) ) ) | |
| Intervenor-Counterclaimant. ) ) | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is DISMISSED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
November 10, 2005